IH-32  Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

**SAMI OMAR**

| Plaintiff | Case Number |
|---|---|
| vs. | 24-CV-04758 |
| SHARIF OMAR, LIPTIS HOLDINGS LLC, LIPTIS PHARMACEUTICALS USA, INC., OMAR HOLDING CORP. and NEW LIFE HOLDING CORP., | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

**OMAR HOLDING CORP.**

| Plaintiff | Case Number |
|---|---|
| vs. | 19-CV-06360 |
| SAMI OMAR | |
| Defendant | |

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed   (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open   (If so, set forth procedural status and summarize any court rulings.)

Action is the middle of discovery. Some document discovery. No depositions taken. Presently stayed to see if parties can settle the family dispute. Motion to vacate default was granted early in action. Motion for an attachment was denied.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Part of the relief sought in this later filed action would be a defense to the earlier filed action. Parties are partially the same. The issues arise out of some of the same transactions. Some discovery would be duplicative.

Signature: _Solomon Jaskel_   Date: 6/21/2024

SOLOMON JASKIER

Firm: _____