```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMI OMAR,

                Plaintiff,

-against-

SHARIF OMAR et al.,

                Defendants.

24-CV-04758 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The parties in this action have not reached a global settlement and are seeking to move forward with this action. *See Omar Holding Corp. v. Sami Omar*, No. 19-cv-06360 (MMG), Dkt. No. 108. As such, the stay in this action is hereby LIFTED. Defendants are directed to answer or otherwise respond to the Complaint by **March 15, 2025**.

Dated: February 5, 2025
       New York, New York

                                      SO ORDERED.

                                      _____
                                      MARGARET M. GARNETT
                                      United States District Judge