UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

SAMI OMAR,

                               Plaintiff,

              -against-                        **NOTICE OF MOTION**

SHARIF OMAR, LIPTIS HOLDINGS LLC, LIPTIS      **24-cv-4758 (MMG)**
PHARMACEUTICALS USA, INC., OMAR HOLDING CORP.,
and NEW LIFE HOLDING CORP.,

                              Defendants.

-------------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS BROUGHT BY DEFENDANTS' SHARIF OMAR, LIPTIS HOLDINGS LLC, AND LIPTIS PHARMACEUTICALS USA, INC.

PLEASE TAKE NOTICE that, Defendants Sharif Omar, Liptis Holdings LLC, and Liptis Pharmaceuticals USA, Inc., by their undersigned attorneys, will move this Court, before Hon. Margaret Garnett, U.S.D.J., at the Thurgood Marshall Federal Court, 500 Pearl Street, New York, New York, on a date to be determined, at 10:00 a.m. or as soon thereafter as counsel may be heard, based on the accompanying Declaration of Donald J. Feerick, Jr., Esq., and Memorandum of Law, for an order dismissing this action, pursuant to Federal Rule of Civil Procedure (the "Rules," and individually a "Rule") 12 (b)(5) and (6), because: [1] a valid Release bars all claims; [2] Defendant Sami Omar ("Sami") fails to plead fraud, duress, or other fact sufficient to void the Release; [3] Sami received consideration for the written Release, but even if he did not, the Release is still valid under N.Y. General Obligations Law § 15-303; [4] Sami fails to plead unconscionability; [5] laches defeats the claims; [6] the breach of contract claim is barred by the statute of frauds; [7] there is a lack of privity between Sami and the corporate defendants; and [8] Sami failed to

effect service over Sharif; together with such other and further relief as this Court deems just and proper.

Dated: South Nyack, New York
       March 28, 2025

                                        Respectfully submitted,

                                        FEERICK NUGENT MacCARTNEY

                                        By:_____

                                          Donald J. Ferrick, Jr. (DF 3299)
                                          Christopher B. Pavlacka, Esq.
                                   96 South Broadway
                                   South Nyack, New York 10960
                                   845.353.2000

                                   *Attorney for the Moving Defendants Sharif Omar, Liptis Holdings LLC, and Liptis Pharmaceuticals USA, Inc.*