UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

SAMI OMAR,

                Plaintiff,

         -against-                        **DECLARATION IN SUPPORT**

SHARIF OMAR, LIPTIS HOLDINGS LLC, LIPTIS
PHARMACEUTICALS USA, INC., OMAR HOLDING CORP.,  **24-cv-4758 (MMG)**
and NEW LIFE HOLDING CORP.,

                Defendants.

----------------------------------------------------------------------x

## **DECLARATION IN SUPPORT OF MOTION TO DISMISS**

Donald J. Feerick, Jr., hereby declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am a member of Feerick Nugent MacCartney PLLC, the attorneys of record for Defendants Sharif Omar, Liptis Holdings LLC, and Liptis Pharmaceuticals USA, Inc. in this action and, as such, I am fully familiar with the facts and circumstances presented herein.

2. I respectfully submit this Declaration in support of the Motion to Dismiss the above-caption action for the reasons set forth herein and in the accompanying Memorandum of Law.

3. This Declaration and accompanying Notice of Motion and Memorandum of Law (Defendants' Motion") have been served on all parties to this proceeding via the ECF system. There are no *pro se* parties to this proceeding and all parties to the proceeding have appeared via ECF and accordingly have been served upon filing of Defendants' Motion.

4. Plaintiff commenced the instant proceeding on June 21, 2024.

5. In his Complaint, Plaintiff sought the recission of a Release, Omar Holding Corp. ("OHC") Stock Purchase Agreement, and agreements selling Plaintiff's remaining interests in Liptis Holdings LLC, and Liptis Pharmaceuticals USA, Inc. (the "Liptis Entities") (collectively the "Agreements").

6. However, Plaintiff did not attach copies of the Release, OHC Stock Purchase Agreement, or the Agreements, including those involving the Liptis Entities stock transfers, that he referred to in his Complaint.

7. These documents are material and necessary for anyone to have a proper understanding of the Plaintiff's claims and the defenses thereto; accordingly, this Declaration is supplied to provide the Court with the missing documentary evidence.

8. Annexed hereto as Exhibit "A" is a true and accurate copy of the Liptis Holdings LLC Stock Transfer Agreement, dated October 23, 2017, by and between Plaintiff and Sharif Omar regarding Plaintiff's 44% Membership Interest.

9. Annexed hereto as Exhibit "B" is a true and accurate copy of the Liptis Pharmaceuticals USA, Inc. Stock Transfer Agreement, dated October 23, 2017, by and between Plaintiff and Sharif Omar regarding Plaintiff's 44% Ownership Interest.

10. Annexed hereto as Exhibit "C" is a true and accurate copy of the Bank Statement of Sharif Omar for October 2017, detailing the payment of purchase money to Plaintiff pursuant to the Agreements set forth in Exhibits "A" and "B".

11. Annexed hereto as Exhibit "D" is a true and accurate copy of the Liptis Holdings LLC Stock Transfer Agreement, dated June 28, 2018, by and between Plaintiff and Sharif Omar regarding Plaintiff's Remaining 1% Membership Interest.

12. Annexed hereto as Exhibit "E" is a true and accurate copy of the Liptis Pharmaceuticals USA, Inc. Stock Transfer Agreement, dated June 28, 2018, by and between Plaintiff and Sharif Omar regarding Plaintiff's Remaining 1% Ownership Interest.

13. Payment of purchase money to Plaintiff pursuant to the Agreements set forth in Exhibits "D" and "E" is recited in each Agreement as paid.

14. Annexed hereto as Exhibit "F" is a true and accurate copy of the Release, dated June 26, 2018, signed by Plaintiff in favor of the Defendants, among others.

15. Annexed hereto as Exhibit "G" is a true and accurate copy of the Omar Holding Corp. Stock Transfer Agreement, dated June 28, 2018, by and between Plaintiff and Sharif Omar regarding Plaintiff's Entire Ownership Interest in said entity.

16. Annexed hereto as Exhibit "H" is a Declaration from Sharif Omar authenticating the exhibits as true and accurate writings.

17. Based on these documents, Sharif Omar and the Litpis Entities seek dismissal of all claims pursuant to Fed. R. Civ. P. 12(b)(6).

18. All of which is respectfully submitted.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on March 28, 2025.

_____
DONALD J. FEERICK, JR.