October 1 - October 31, 2017  Page 1 of 4
Citigold Account    4968248110

CITIGOLD SERVICES
PO Box 6201
Sioux Falls, SD 57117-6201

**MAHA OMAR**
**SHARIF L OMAR**
**430 EAST 86TH STREET APT 15F**
**NEW YORK NY         10028-6438**

*Your Dedicated Citigold Team:*
For banking, call your Relationship Manager:
   *Daniel Karstadt*, 212-421-1094*
For investments, call your Financial Advisor:
   *Matthew Johnson*, 212-879-2604*
For speech and hearing impaired customers only: TTY 800-788-6775
Website: www.citibank.com

Citigold is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period | Earnings Summary | This Period | This Year |
|---|---:|---:|---|---:|---:|
| **Citibank Accounts** | | | **Citibank Accounts** | | |
| **Checking** | | | **Checking** | | |
| Checking | 1,451,480.51 | 875,180.51 | Checking | 0.00 | 0.00 |
| **Savings** | | | **Savings** | | |
| Insured Money Market Accounts | 512.88 | 512.88 | Insured Money Market Accounts | 0.00 | 252.18 |
| **Citigold Relationship Total** | **$1,451,993.39** | **$875,693.39** | **Citigold Relationship Total** | **$0.00** | **$252.18** |

* To ensure quality service, calls are randomly monitored and may be recorded.

| **Messages From Citigold** |
|---|

We'd like to make you aware of a typo in the Fees & Rates Detail section of your statement during April, May, June and July. When determining your rates and fees for the statement period, Citibank considers your average balances during the prior month in all your qualifying accounts you asked us to combine. The month was incorrectly displayed as the current month. This did not impact your balance calculations, rates or fees.

October 1 - October 31, 2017  Page 2 of 4
MAHA OMAR, SHARIF L OMAR
Citigold Account        4968248110

## Fees & Rates Detail

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service fee for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of September in all your qualifying accounts that you asked us to combine. If you have a Citibank secured credit card, then Citibank will also include the balance in your Collateral Holding Account or your Certificate of Deposit that secures your Citibank credit card. These balances may be in accounts that are reported on other statements. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $1,000,000-$1,999,999 |
|---|---|
| Rates | Preferred |
| Monthly Service Fee | None |

Please refer to your Client Manual-Consumer Accounts and Marketplace Addendum booklet for details on how to determine monthly fees, charges and applicable transaction limits.

## Checking

**Checking Activity**

**Regular Checking   4968248110**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/01/17 | Opening Balance | | | 1,451,480.51 |
| 10/17/17 | Outgoing Int'l Wire Transfer | 450,000.00 | | 1,001,480.51 |
| 10/23/17 | Outgoing Domestic Wire Trans via CBUSOL   WIRE TO Sami Omar | 1,100.00 | | 1,000,380.51 |
| 10/23/17 | Outgoing Domestic Wire Trans via CBUSOL   WIRE TO Sami Omar | 25,100.00 | | 975,280.51 |
| 10/23/17 | Outgoing Domestic Wire Trans via CBUSOL   WIRE TO Sami Omar | 100,100.00 | | 875,180.51 |
| | Total Subtracted/Added | 576,300.00 | 0.00 | |
| 10/31/17 | Closing Balance | | | 875,180.51 |

**ThankYou® Summary**

| ThankYou® Points Summary | |
|---|---|
| Points earned with checking account and eligible linked products and services | 600 |
| Go to thankyou.com to review your current point balance and redeem for rewards | |

Summary includes only points awarded for your Citibank checking account relationship for this activity this statement period and does not reflect any bonus points received through promotional offers. In certain circumstances, there may be a delay between display of Points on checking statement and corresponding credit of points to your ThankYou Member Account. Points are not available for redemption until they appear in your ThankYou Member Account. Please refer to the ThankYou Rewards Terms and Conditions for important details about earning points with your Citibank checking account and how to redeem them.

**October 1 - October 31, 2017**  Page 3 of 4
MAHA OMAR, SHARIF L OMAR
Citigold Account     4968248110

## Savings

Citibank® Savings Plus Account Activity

**Citibank® Savings Plus   4985160057**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 10/01/17 | Opening Balance | | | 512.88 |
| 10/31/17 | Closing Balance | | | 512.88 |

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.**

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request.  Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

**IN CASE OF ERRORS**
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
***Give us the following information:*** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country on or after October 28, 2013:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CREDIT PRODUCTS**
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
***Average Daily Balance:***  The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding  Annual Percentage Rate may vary.
***Interest Charge:***  The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.)  For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
***Payment Instructions:***  You can make payments online via www.citibank.com, by phone - call (888) 248-4465, at any Citibank branch, Citicard Banking Center, or by mail.  If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003**
***Other Information:***  Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
***Request for Credit Balance Refunds:***  If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe.  You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
***Billing Rights Summary -***  *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage®  is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Citibank is an Equal Housing Lender.**



EQUAL HOUSING
LENDER

Citibank, N.A. Member FDIC