## GENERAL RELEASE

TO ALL WHOM THESE PRESENTS SHALL COME OR MAY CONCERN:

Know that SAMI OMAR (the "RELEASOR"), in consideration of the sum of TEN DOLLARS ($10.00) and other good and valuable consideration received from the RELEASEES (as defined herein), receipt whereof is hereby acknowledged, releases and discharges SHARIF OMAR, MAHA OMAR, ADAM OMAR, SOMMER OMAR, JOSEF OMAR AND ZACARY OMAR (collectively, the "OMAR RELEASEES") AND ANY AND ALL ENTITIES IN WHICH THE OMAR RELEASEES, OR ANY OF THEM, HAVE OR EVER HAD AN INTEREST, INCLUDING, WITHOUT LIMITATION, LIPTIS PHARMACEUTICALS USA, INC., LIPTIS HOLDINGS, LLC, API INTERNATIONAL GROUP, LLC, NEW LIFE HOLDING CORP., OMAR HOLDING CORP., OMAR MANAGEMENT CONSULTING CORP., MKS SERVICES INC., LIPTIS SWITZERLAND, SA, LIPTIS NUTRITION GMBH, LP HOLDING CORP., LN HOLDING CORP., MK 2014 IRREVOCABLE TRUST AND IR HOLDING AG (together with the OMAR RELEASEES, the "RELEASEES"), and the RELEASEES' affiliates, heirs, executors, administrators, officers, directors, employees, representatives, successors and assigns (collectively "AFFILIATES") from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law, admiralty or equity, which against the RELEASEES, or any of them, or any of their respective AFFILIATES, the RELEASOR or the RELEASOR'S legal representatives ever had, now have or hereafter can, shall or may have, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this GENERAL RELEASE.

The transmittal of this GENERAL RELEASE via facsimile or other electronic image (e.g. PDF) shall be deemed an original signature.

This GENERAL RELEASE may not be changed orally.

This GENERAL RELEASE has been executed freely, knowingly and voluntarily by the RELEASOR without duress, coercion, or undue influence, with a full understanding of its terms. The RELEASOR acknowledges and agrees that, prior to executing this GENERAL RELEASE, he has been provided with sufficient time in which to consider this GENERAL RELEASE and that, in deciding to execute this GENERAL RELEASE, he has relied on his own judgment and further acknowledges that he is fully aware of its contents and of its legal effects.

**BY SIGNING THIS GENERAL RELEASE, THE RELEASOR STATES THAT: HE HAS READ IT; HE UNDERSTANDS IT AND KNOWS THAT HE IS GIVING UP IMPORTANT RIGHTS; HE AGREES WITH EVERYTHING IN IT; HE WAS TOLD, IN WRITING, TO CONSULT AN ATTORNEY BEFORE SIGNING IT; AND HE HAS SIGNED IT KNOWINGLY AND VOLUNTARILY.**

**[Remainder of page intentionally left blank. Signature page follows.]**

IN WITNESS WHEREOF, the RELEASOR hereunto set his hand this 26th day of June, 2018.

_____
Sami Omar

STATE OF Nevada , COUNTY OF Clark , ss:

On the 26 day of June in the year 2018, before me, the undersigned, personally appeared Sami Omar, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JUANITA MASSA
Notary Public, State of Nevada
Appointment No 09-10470-1
My Appt Expires Jul 7, 2021

6633577.4