UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

SAMI OMAR,

                          Plaintiff,

                -against-                      **DECLARATION IN SUPPORT**

SHARIF OMAR, LIPTIS HOLDINGS LLC, LIPTIS
PHARMACEUTICALS USA, INC., OMAR HOLDING CORP., **24-cv-4758 (MMG)**
and NEW LIFE HOLDING CORP.,

                          Defendants.

------------------------------------------------------------------------x

## DECLARATION IN SUPPORT OF MOTION TO DISMISS

Sharif Omar, hereby declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am the defendant named in the above-captioned action.

2. I respectfully submit this Declaration in support of the Defendants' Motion to Dismiss the above-caption action.

3. I have read the accompanying Declaration of Donald J. Feerick, Jr., my attorney, and reviewed the documents annexed thereto (the "Feerick Declaration" or "Feerick Decl.").

4. I am familiar with each agreement that I signed.

5. I signed each agreement annexed to the Feerick Declaration. *See* Feerick Decl. at Ex(s). "A", "B", D", "E", and "G".

6. Each signed agreement annexed to the Feerick Declaration is a true and accurate copy of the original document version that I signed.

7. I also paid the purchase money recited in Feerick Decl. Exhibits "A" and "B".

8. To confirm such payment, I pulled the bank statement annexed to the Feerick Declaration from my bank to show the payment of purchase money paid to Plaintiff. *See* Feerick Decl. at Ex. "C".

9. The bank statement annexed to the Feerick Declaration is a true and accurate version of the one I received from my bank. *Id.*

10. I also received the Release annexed to the Feerick Declaration as Exhibit "F" from Plaintiff. I never promised Plaintiff a Reciprocal Release. Never.

11. To the contrary, the Omar Holding Corp. Stock Transfer Agreement that was signed on the same day as that the Release was signed (i.e., June 26, 2018) states that I am not waiving any claims that I had, or one of my affiliates had, against Plaintiff. *See* Feerick Decl. at Ex. "G" at Para. 15 – "No Waiver" clause.

12. Plaintiff's claim that I promised a Reciprocal Release flies in the face of the agreed-upon representation that neither I or my affiliates were waiving any claims against Plaintiff and is untrue.

13. The motions to dismiss should be granted in full.

14. All of which is respectfully submitted.

I declare under the penalties of perjury that the foregoing is true and correct.

Executed on March 28, 2025.

_____
**SHARIF OMAR**