UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SAMI OMAR,

                Plaintiff,

-against-

                                                      24-cv-4758 (MMG)

SHARIF OMAR, LIPTIS HOLDINGS LLC, LIPTIS
PHARMACEUTICALS USA, INC., OMAR HOLDING CORP.,
and NEW LIFE HOLDING CORP.,

                Defendants.

-----------------------------------------------------------------x

## DECLARATION IN SUPPORT OF OMAR HOLDING CORP. AND NEW LIFE HOLDING CORP.' MOTION TO DISMISS COMPLAINT

Philip J. Campisi, Jr., hereby declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1. I am a partner with the law firm Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, attorneys for Defendants Omar Holding Corp. ("OHC") and New Life Holding Corp. ("New Life") in this action.

2. I respectfully submit this Declaration in support of the Motion to Dismiss the above-caption action for the reasons set forth in the accompanying Memorandum of Law.

3. This Declaration and accompanying Notice of Motion and Memorandum of Law (the "Motion") have been served on counsel for all parties to this action by ECF. There are no *pro se* parties to this proceeding and all parties to the proceeding have appeared by ECF and, accordingly, have been served upon filing of the Motion.

4. Plaintiff commenced the instant proceeding on June 21, 2024.

5. In his Complaint, Plaintiff sought the recission of a Release, OHC Stock Purchase Agreement, a New Life Stock Purchase Agreement, and two agreements selling Plaintiff's interests in the Liptis Entities, as defined in the Complaint (collectively the "Agreements").

6. Plaintiff did not attach copies of the Release or the Agreements upon which relief is sought and which are incorporated by referenced in his Complaint.

7. These documents are material and necessary for anyone to have a proper understanding of and provide context to the Plaintiff's claims and the defenses thereto. Accordingly, this Declaration is supplied to provide the Court with the missing documentary evidence.

8. Annexed hereto as Exhibit "A" is a true and accurate copy of the Complaint in the prior related action OHC commenced on July 9, 2019 to enforce the terms of Plaintiff's Promissory Note. (*Omar Holding Corp. v. Omar*, Case No. 1:19-cv-06360-MMG (S.D.N.Y. July 9, 2019), ECF No. 1) (the "Promissory Note Action").

9. Annexed as Exhibit "B" is a true and accurate copy of the Answer filed by Sami Omar in the Promissory Note Action. ECF Doc. No. 37.

10. Annexed hereto as Exhibit "C" is a true and accurate copy of the first New Life Holding Corp. Stock Purchase Agreement, dated April 1, 2017, by and between Plaintiff and Sharif Omar regarding the sale of approximately 98% of Plaintiff's stock interest in New Life.

11. Annexed hereto as Exhibit "D" is a true and accurate copy of the second New Life Holding Corp. Stock Purchase Agreement, dated June 26, 2018, by and between Plaintiff and Sharif Omar regarding the sale of Plaintiff's approximately 2% remaining stock interest in New Life.

12.     Annexed hereto as Exhibit "E" is a true and accurate copy of the Omar Holding Corp. Stock Transfer Agreement, dated June 26, 2018, by and between Plaintiff and Sharif Omar regarding the sale of Plaintiff's 31% stock interest in OHC.

13.     Annexed hereto as Exhibit "F" is a true and accurate copy of the Release, dated June 26, 2018, signed by Plaintiff in favor of the Defendants, and others.

14.     Based on these documents and the legal grounds analyzed in the accompanying Memorandum of Law, Defendants OHC and New Life seek dismissal of all claims against them pursuant to Fed. R. Civ. P. 12(b)(6).

I declare under the penalties of perjury that the foregoing is true and correct. Executed on March 28, 2025.

_____
**PHILIP J. CAMPISI, JR.**