UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SAMI OMAR,

             Plaintiff,

    -against-

SHARIF OMAR, LIPTIS HOLDINGS LLC,
LIPTIS PHARMACEUTICALS USA, INC.,
OMAR HOLDING CORP. and NEW LIFE
HOLDING CORP.,

             Defendants.

Case No.: 24-cv-4758 (MMG)

------------------------------------------------------------------x

**DECLARATION OF SAMI OMAR
IN OPPOSTION TO MOTIONS TO DISMISS**

       Sami Omar, hereby declares, under the penalties of perjury, pursuant to 28 U.S.C. § 1746, as follows:

       1.     I am the plaintiff.  I submit this affirmation in opposition to the motions by Defendants Sharif Omar ("Sharif"), Liptis Holdings LLC, Liptis Pharmaceuticals USA, Inc., Omar Holding Corp. and New Life Holding Corp. (the entities, collectively, the "Family Business") to dismiss this action.

       2.     I have re-reviewed the Complaint that was filed on my behalf in this action. I affirm that all the allegations are true and correct except for the following, which I want to clarify, correct or amplify.

       3.     The attorney referred to in paragraphs 59 through 62 of the Complaint is

Brendan DeRiggi, Esq. He, at all times, was employed by the law firm referred to in paragraph 53 of the Complaint. The Family Business, as defined in the Complaint, was his client. He was the primary contact between the Family Business and the law firm. He, I believe, either drafted the Note referred to in paragraph 27 and 68 or it was drafted under his supervision.[1]

4.	He, representing Sharif and the Family Business, negotiated the incomplete separation transaction described in the Complaint in paragraphs 58 through 67. The references in the Complaint to discussions and conversations with Sharif are discussions and conversations I had with DeRiggi, who represented Sharif and the Family Business (except for the phone conversation I had with Sharif at the time I signed the agreement and the Release. That conversation was directly with Sharif in the presence of DeRiggi. DeRiggi heard my side of the conversation).

5.	Although DeRiggi represented Sharif and the Family Business in the negotiations, I trusted him when I signed the documents he presented because I was part of the Family Business for so long and because he handled several personal matters for me.

6.	I felt pressured to sign the documents DeRiggi presented to me because he had made the trip to Las Vegas.[2] I did not want the trip to be a waste of resources. I saw no risk to signing them because I trusted Sharif when he told me that he would send me the reciprocal release when he received mine. I did not fathom that Sharif and DeRiggi

---

[1] The Complaint says that the action on the Note was started in August 2018 for the sum of $7.5 million. Actually, it was started in July 2019 for the sum of approximately $9.0 million

[2] The complaint says that I met DeRiggi in my abode. Complaint, para. 59. Actually, I met DeRiggi in the Ballagio Hotel.

would so deceive and hurt me.

7.  I exchanged text messages with DeRiggi prior to, during and after the negotiations. I have downloaded them from my phone and created a pdf file of the text messages. A copy of the pdf is attached hereto. The pdf accurately shows the texts we exchanged.

8.  I ask the Court to pay particular attention to the exchange I had with DeRiggi on June 19, 2018. I asked him: "Will the inter-company loans that were in my name be addressed in the documents?" He responded: "Everyone will exchange releases." This exchange took place seven days before I signed the documents.

9.  I respectfully submit that the text messages amplify the allegations of the Compaint and should be considered by the Court in deciding the motions to dismiss.

Dated: July 16, 2025

_____
SAMI OMAR

**Conversation with Brendan**

PDF generated on Jul 5, 2025 using Text Message Export for iPhone

Dec 7, 2017 at 2:41 PM

> Hi Sami...it's Brendan. Just left you a voicemail. Need a few minutes of your time. Please call me in office 516-296-7080

Dec 10, 2017 at 1:07 PM

> I spoke with Sharif yesterday. Please call me when you get a chance

Dec 10, 2017 at 3:31 PM

> I'll call you around 6pm EST.

Dec 12, 2017 at 7:29 PM

> Is now a good time to talk?

Dec 15, 2017 at 9:48 PM

> Are you in Vegas? Would you like to meet up?

Dec 16, 2017 at 10:01 AM

> No. Trip got pushed back. I will call you later.

Jan 8, 2018 at 7:54 PM

> You available for a call later or tomorrow? Have a few things to discuss with you. Pls let me know.

Jan 8, 2018 at 10:09 PM

> Yes, we can talk tomorrow.

Jan 8, 2018 at 10:09 PM

> Ok. I'm around all day

Jan 10, 2018 at 11:06 AM

> Free now?

1

Jan 10, 2018 at 11:06 AM
Call you at 12:30 if that works

Jan 10, 2018 at 11:06 AM
Let's make it at 2pm EST

Jan 10, 2018 at 1:22 PM
2:45 is better

Jan 10, 2018 at 1:22 PM
Ok.

Jan 19, 2018 at 5:31 PM
You available to talk this weekend?

Jan 20, 2018 at 11:47 AM
I'm not available this weekend

Jan 20, 2018 at 1:46 PM
Ok. Call me next week when you have some time

Apr 26, 2018 at 3:27 PM
Hi Brendan. Please give me a call when you get a chance. It's regarding Omar Holding.

Apr 26, 2018 at 5:45 PM
Still in meeting. Can I call you later? Around 6:30 NY time

Apr 26, 2018 at 5:45 PM
Yes.

Apr 27, 2018 at 1:46 PM
Let me know when you have a moment to talk.

2

Apr 27, 2018 at 1:46 PM

Calling you now

May 1, 2018 at 7:36 PM

Hi. Did you get a chance to speak with Sharif?

May 4, 2018 at 7:59 PM

Yes...sorry I was out of town for a few days. You available for a call tomorrow?

May 4, 2018 at 7:59 PM

Yes. What time are you thinking?

May 4, 2018 at 7:59 PM

Anytime is good for me tomorrow. Let me know what's good for you.

May 4, 2018 at 7:59 PM

I'm readily available tomorrow. How's 1pm you're time?

May 5, 2018 at 11:16 AM

2:00 is better for me

May 5, 2018 at 11:16 AM

Does that work?

May 5, 2018 at 11:16 AM

Yes.

May 5, 2018 at 11:16 AM

Call you at 2

May 7, 2018 at 9:45 PM

I'll call you tomorrow with an update.

3

May 8, 2018 at 10:38 AM
**When is a good time to talk today?**

May 8, 2018 at 2:04 PM
Anytime this afternoon is good

May 8, 2018 at 3:14 PM
**I'll call you at 3:45pm your time.**

May 8, 2018 at 3:14 PM
Call my office line 516-296-7080

May 10, 2018 at 12:54 PM
**I'm just delivering a message: Carlo's attorney, Tina Calabro, will be calling you at your office number tomorrow at 1pm EST.**

May 10, 2018 at 12:54 PM
Thanks

May 14, 2018 at 3:25 PM
**Any news or update from Sharif?**

May 17, 2018 at 7:27 PM
Ok. I will find a spot and send you the info. Sharif will be available to call so hopefully we can figure this out.

May 17, 2018 at 7:27 PM
**Let's do 12:30 at the Bellagio.**

May 17, 2018 at 7:27 PM
**Ok.**

May 21, 2018 at 2:53 PM
Let's meet at bar in main lobby

4

May 21, 2018 at 2:53 PM
> Ok.

May 23, 2018 at 12:08 PM
> Are we having a conference call with Sharif today?

May 23, 2018 at 12:08 PM
Waiting to hear from him

Jun 5, 2018 at 12:23 PM
> Hi. Any progress or news from Sharif? If not, I'm happy to reach out to him myself I just don't know how productive that would be.

Jun 5, 2018 at 12:23 PM
I will reach out to him now

Jun 13, 2018 at 12:28 PM
> Since there has been no word from Sharif, shall I presume he has no intent on coming to a settlement?

Jun 18, 2018 at 5:52 PM
Call you in a few

Jun 19, 2018 at 10:28 AM
Please call me in office. 516-296-7080. I will be hear all day

Jun 19, 2018 at 12:01 PM
> I'll call you in the afternoon.

Jun 19, 2018 at 12:01 PM
Ok

Jun 19, 2018 at 5:38 PM
> sami.omar@outlook.com

5

Jun 19, 2018 at 5:38 PM

> Will the inter-company loans that were in my name be addressed in the documents?

Jun 19, 2018 at 8:35 PM

Everyone will exchange releases.

Jun 22, 2018 at 10:42 AM

I have all of the docs prepared. I think we should have a call later with Sharif so we are all on same page. I can meet you Monday or Tuesday in Vegas and get everything signed up

Jun 22, 2018 at 10:42 AM

> Please email me the documents to review. A call with Sharif is fine with me. I'm available Monday or Tuesday to meet.

Jun 22, 2018 at 2:49 PM

Sharif is reviewing the docs. I'm flying Tuesday and can meet you at 12:30. I want to have a call with Sharif so we are on same page

Jun 25, 2018 at 12:11 PM

How's 1:00 at the Bellagio tomorrow?

Jun 25, 2018 at 12:11 PM

> No problem, I'll bring my DL. If you can email me the documents, I can get a head start on reviewing them.

Jun 26, 2018 at 3:02 PM

> Same place as before?

Jun 26, 2018 at 3:02 PM

I'm here whenever you want to meet

6

Jun 26, 2018 at 3:02 PM

Sure. I will go to same place to meet

Jun 26, 2018 at 3:02 PM

Be there at 12:30

Jun 26, 2018 at 9:20 PM

I'm going to catch flight back tonight. I will call you later this week

Jun 26, 2018 at 9:20 PM

Ok

Jul 10, 2018 at 10:59 AM

Sharif asked me to remind you not to speak with your family about anything.

Oct 12, 2018 at 1:34 PM

Hey Brendan. Please email me the stock purchase agreements that I signed for the remaining interest in the various companies. My accountant needs the purchase amount to complete my taxes that are due on Monday.

Oct 12, 2018 at 1:34 PM

Ok. Will do

Oct 13, 2018 at 3:18 PM

I hate to nag, but he really needs to see those agreements before Monday.

Oct 13, 2018 at 3:18 PM

Tina emailed them yesterday

Oct 15, 2018 at 12:00 PM

Need you new email

7

> Oct 15, 2018 at 12:00 PM
> sami.omar@outlook.com

> Oct 15, 2018 at 12:00 PM
> Hi. Did Tina email me the agreements?

Jul 2, 2019 at 5:40 PM
Hi Sami, I spoke with Sharif. Do you time to speak?

> Jul 2, 2019 at 5:40 PM
> Yes. I'll be available in about 10 mins.

> Jul 2, 2019 at 5:40 PM
> Just give me a call back when you're available.

Jul 2, 2019 at 7:21 PM
Sorry..stuck on conference call. Will reach out soon

> Jul 2, 2019 at 7:21 PM
> No problem. I'm available when you are.

Jul 5, 2019 at 11:25 AM
Sorry we didn't get a chance to talk. I'm on vacation with family. Will call you Monday

> Jul 5, 2019 at 11:25 AM
> Ok

Jul 8, 2019 at 5:06 PM
Spoke with Sharif. Will call you in ten minutes if you're available

> Jul 8, 2019 at 5:06 PM
> I'll be available at 5:30pm EST.

8

Jul 8, 2019 at 5:06 PM

Ok

Jul 8, 2019 at 5:06 PM

Call you later

Jul 8, 2019 at 5:06 PM

Did you just trying to reaching me?

Jul 8, 2019 at 5:06 PM

Yes. Can you call me in office b/c cell service isn't good. 516-296-7080